IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ERVIN RUDICK                    :

            vs.                 :        Civil Action

NEW YORK LIFE INSURANCE COMPANY :        No.  07-780


**O R D E R**

**AND   NOW**, this 16th day of May, 2007,  it having been
reported that the issues between the parties in the above action
have been settled and upon Order of the Court pursuant to the
provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of
this Court (effective July 1, 1995), it is

**ORDERED** that this action is DISMISSED with prejudice,
pursuant to agreement of counsel without costs.


**MICHAEL E. KUNZ**, Clerk of Court


**ATTEST:**


BY:    /s/Jenniffer Cabrera
        JENNIFFER CABRERA
        Deputy Clerk

Copies to:

Sidney L. Gold (by E-mail)

Paul C. Evans  (by E-mail)


41(b)